UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
INDEMNITY INSURANCE COMPANY OF N.A.,
et al.,

                Plaintiff,            :

TRUCKS, INC., et al.,                    :

               Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _5/14/13_

13 Civ.1176 (SAS) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:     New York, New York
           May 14, 2013

                                  **Andrew J. Peck**
                                 United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                         Judge Shira A. Scheindlin

**LAW OFFICES**
**DAVID L. MAZAROLI**
**11 PARK PLACE**
**Suite 1214**
**NEW YORK, NY 10007**
**E-mail: dlm@mazarolilaw.com**
**Telephone (212)267-8480**
**Telefax (212)732-7352**



May 14, 2013

**TELEFAX: (212)805-7933**

Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   Insurance Company of North America
> v. Trucks Inc., *et al.*
> 13 Civ.1176 (SAS) (AJP)
> Our File: 2G-2209

Dear Judge Peck:

I represent the plaintiff. Last week counsel reached an agreement to recommend settlement. As of yesterday plaintiff and defendants approved the key term of the settlement, i.e. that $25,000.00 will paid to plaintiff on behalf of defendant Trucks, Inc. to settle the entire case. The closing documents are still under review. I will report further to the Court in this regard by May 21, 2013. The Court's attention is appreciated.

Respectfully,

David L. Mazaroli

DLM/jcf

cc:   George W. Wright & Associates, LLC
Attn.: George W. Wright, Esq. (gwright@wright-associates.com)

**LAW OFFICES**
# DAVID L. MAZAROLI
**11 PARK PLACE**
**NEW YORK, NY 10007**
**E-Mail: dlm@mazarolilaw.com**
**Telephone (212) 267-8480**
**Telefax (212) 732-7352**

## TRANSMISSION COVERSHEET
### CONFIDENTIAL COMMUNICATION

May 14, 2013

### TELEFAX: (212)805-7933

Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Copy to defense counsel via e-mail

Please see annexed (1 pages)

--------------------------------------------------------------------------------------------------------------------------

**CONFIDENTIALITY NOTICE** - This transmission (and/or the documents accompanying it) contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, kindly notify us by collect telephone call to arrange for the return of the transmission.